# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-1683
_____

United States of America

*Plaintiff - Appellee*

v.

Stevie Lavell West

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: January 28, 2021
Filed: February 2, 2021
[Unpublished]

_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Stevie West appeals after the district court[1] granted in part his motion for relief under section 404 of the First Step Act. See Pub. L. No. 115-391, 132 Stat. 5194

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

(2018).  West and his appointed attorney have both filed briefs arguing that the district court erred in denying additional relief.  Counsel has also moved to withdraw.

After careful review, we discern no abuse of discretion in the district court's ruling.  See United States v. Harris, 960 F.3d 1103, 1106 (8th Cir. 2020) (reviewing reasonableness of sentence reduced under First Step Act under deferential abuse-of-discretion standard); see also United States v. McDonald, 944 F.3d 769, 771-72 (8th Cir. 2019) (district court's decision to grant or deny reduction authorized under First Step Act is reviewed for abuse of discretion).  Accordingly, we affirm and grant counsel leave to withdraw.

_____